# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

FILED
May 20 2026
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

United States of America
v.
ROBERT JOSEPH KLINK Jr.

*Defendant(s)*

Case No. 3:26-mj-31

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of March 31, 2026 in the city/county of Richmond in the Eastern District of Virginia, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 21 U.S.C. § 841(a)(1) and (b)(1)(A)(viii) | Possession with Intent to Distribute 50 grams or more of Methamphetamine (Actual), a Schedule II Controlled Substance |

This criminal complaint is based on these facts:

See the attached affidavit.

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA

Eric Gilliland, AUSA
*Printed name and title*

*Complainant's signature*

Daniel T. Fethiere, DEA Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone *(specify reliable electronic means)*.

Date: 5-20-2026

/s/ MRC
*Judge's signature*

City and state: Richmond, Virginia

Hon. Mark R. Colombell, U.S. Magistrate Judge
*Printed name and title*