AO 442 (Rev. 01/09) Arrest Warrant

11964R4B

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

United States of America
v.
ROBERT JOSEPH KLINK Jr.

*Defendant*

Case No. 3:26-mj-31

RECEIVED
MAY 21 2026
BY: USMS FIU

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* ROBERT JOSEPH KLINK Jr.,
who is accused of an offense or violation based on the following document filed with the court:

- ☐ Indictment
- ☐ Superseding Indictment
- ☐ Information
- ☐ Superseding Information
- ☑ Complaint
- ☐ Probation Violation Petition
- ☐ Supervised Release Violation Petition
- ☐ Violation Notice
- ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 841(a)(1) and (b)(1)(A)(viii) Possession with Intent to Distribute 50 grams or more of Methamphetamine (Actual), a Schedule II Controlled Substance

Date: 05/20/2026

/s/ MRC
*Issuing officer's signature*

City and state: Richmond, Virginia

Hon. Mark R. Colombell, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 5/21/26, and the person was arrested on *(date)* 5/21/26
at *(city and state)* Richmond, VA.

Date: 5/21/26

for DEA

*Arresting officer's signature*

DUSM D Simmonick
*Printed name and title*