**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

**UNITED STATES OF AMERICA**

**Criminal Case No. 3:26MJ031**

**v.**

**ROBERT JOSEPH KLINK, JR.,**

**Defendant.**

## WAIVER OF PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this Court, or charged with violating the conditions of probation or supervised release in a petition filed in this Court. The United States Magistrate Judge has advised me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1 at which I could hear evidence, cross-examine witnesses against me, and introduce evidence in my own behalf.

I agree to waive my right to a preliminary hearing under Fed. R. Crim P. 5.1 or Fed. R. Crim. P. 32.1.

Date: 5/21/26 — Robert Klink
Defendant

Date: 5/21/26 — [signature]
Counsel for Defendant

Date: MAY 21, 2026 Before: /s/ MRC
Mark R. Colombell
United States Magistrate Judge