**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

**UNITED STATES OF AMERICA**

**v.** **Criminal Case No. 3:26MJ031**

**ROBERT JOSEPH KLINK, JR.,**

**Defendant.**

## WAIVER OF DETENTION HEARING

The United States Magistrate Judge has advised me of my right to a detention hearing pursuant to Title 18, United States Code, § 3142, at which the United States must prove by clear and convincing evidence that I pose a danger to the safety of any other person or the community or must prove by a preponderance of the evidence that I pose a risk of flight, such that there is no condition or combination of conditions that will reasonably assure the safety of any other person and the community or my appearance at future proceedings. I have been advised that I have the right to have my attorney present during such a hearing; that I may ask that such a hearing be continued for up to five (5) days; that I have the right to hear the evidence regarding my dangerousness or risk of flight; that I have the right to testify, to present witnesses, to cross-examine witnesses, and to present information by proffer or otherwise. I also have been advised that, if I waive my right to a detention hearing, I will be detained and may be precluded from any further hearing or determination regarding my release.

Having been so advised, I hereby waive my right to a detention hearing pursuant to Title 18, United States Code, § 3142.

Date: 5/21/26 Robert Klink
Defendant

Date: 5/21/26 [signature]
Counsel for Defendant

Date: MAY 21, 2026 Before:

/s/ MRC
Mark R. Colombell
United States Magistrate Judge

WDH-1-416