IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROBERT JOSEPH KLINK, JR.,<br><br>Defendant. | Case No. 3:26-mj-31 |

**CONSENT MOTION TO EXTEND TIME FOR INDICTMENT**

The United States of America, by undersigned counsel, with the express consent of the defendant, and the defendant's counsel, respectfully move the Court to extend the time to indict this case through and including July 23, 2026. In support thereof, the parties state as follows:

1. The defendant was arrested on or about May 20, 2026 on a criminal complaint charging him with possession with the intent to distribute 50 grams or more of methamphetamine (actual), in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(viii). On May 21, 2026, the defendant made his initial appearance in the Eastern District of Virginia and waived his preliminary hearing and detention hearing. Braxton Hill was appointed to represent the defendant.

2. The Speedy Trial Act requires that the defendant be indicted within thirty days of the defendant's arrest after subtracting all excludable time. A conservative estimate of the indictment deadline is June 18, 2026. The parties jointly request an extension of approximately 30 days for an extension of the time to indict. Extending this time period for approximately 35 days would be in the best interests of justice in that it would give the defense counsel an opportunity to meet with the defendant, review discovery, and discuss a possible pre-indictment plea resolution of the case.

3. The defendant hereby agrees to waive any objections under the Speedy Trial Act and to extend the government's time to file an indictment in this case through and including July 23, 2026. The waiver is made knowingly, intentionally, and voluntarily by the defendant, and with full knowledge of the provisions of the Speedy Trial Act, Title 18, United States Code, Sections 3161, *et seq.*, and with the advice and consent of counsel.

4. The defendant expressly understands that his waiver is not predicated upon any promises, agreements, or understandings of any kind between the government and the defense in this case, and that nothing contained herein shall be construed to preclude the government from proceeding against the defendant during or after the time period covered by this waiver.

WHEREFORE, the parties request that the time to indict this case be extended to and including July 23, 2026, and that the delay resulting from this extension be excluded in computing the time within which an indictment must be filed pursuant to Title 18, United States Code, Section 3161(h).

Respectfully submitted,

Todd W. Blanche
Acting Attorney General

Date:

By: /s/
Eric Gilliland
Assistant United States Attorney

6/10/2026

Defendant's Signature: I hereby agree that I have consulted with my attorney and fully understand all my rights with respect to a speedy trial, including my right to be charged by indictment within 30 days of arrest, as required by Title 18, United States Code, Section 3161(b). I have read this motion for an extension of time to be charged by indictment, and carefully reviewed every part of it with my attorney. I understand this motion and voluntarily agree to it.

Date: 5/20/26

Robert Joseph Klink, Jr.
Defendant

Defense Counsel Signature: I am counsel for the defendant in this case. I have fully explained to the defendant the defendant's right to be charged by indictment within 30 days of arrest. Specifically, I have reviewed the terms and conditions of Title 18, United States Code, Section 3161(b), and I have fully explained to the defendant the provisions that may apply in this case. To my knowledge, the defendant's decision to agree to an extension of time to be charged by indictment is an informed and voluntary one.

Date: 06/10/2026

Braxton Hill
Counsel for the Defendant

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROBERT JOSEPH KLINK, JR.,<br><br>Defendant. | Case No. 3:26-mj-31 |

**ORDER**

Upon the motion of the United States, by and through its attorneys, and the defendant, Robert Joseph Klink, Jr., by and through his attorney, and finding in accordance with 18 U.S.C. § 3161, for the reasons stated in the Consent Motion to Extend Time for Indictment, that the ends of justice served by granting the extension outweigh the best interests of the public and the defendant in a speedy trial, it is hereby,

ORDERED that the time period for indicting the defendant be and is hereby extended up to and including July 23, 2026. Accordingly, the delay resulting from the pending motion for extension shall be excluded in computing the time within which an indictment must be filed.

Hon. Mark R. Colombell
UNITED STATES MAGISTRATE JUDGE

Date: ______________________
Richmond, Virginia