FILED
JUL 21 2026
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Richmond Division

UNITED STATES OF AMERICA

v.

ROBERT JOSEPH KLINK, JR.,

*Defendant*.

Criminal No. 3:26-CR- 78

Count 1: Possession with Intent to Distribute Fifty Grams or More of Actual Methamphetamine
(21 U.S.C. § 841(a)(1) and (b)(1)(A)(viii))

**FORFEITURE NOTICE**

**INDICTMENT**

July 2026 Term – at Richmond, Virgina

THE GRAND JURY CHARGES THAT:

**COUNT ONE**
(*Possession with Intent to Distribute Fifty Grams or More of Actual Methamphetamine*)

On or about March 31, 2026, in the Eastern District of Virginia, the defendant, ROBERT JOSEPH KLINK, JR., did knowingly and intentionally possess with the intent to distribute fifty grams or more of actual methamphetamine, a Schedule II controlled substance.

(In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A)(viii).)

**FORFEITURE ALLEGATION**

Pursuant to Rule 32.2(a) Fed. R. Crim. P., the defendant is hereby notified that upon conviction of the offense alleged in Count One this Indictment, the defendant shall forfeit to the United States any property constituting, or derived from, any proceeds the person obtained, directly or indirectly, as the result of such violation and any of the person's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

If property subject to forfeiture cannot be located, the United States will seek an order forfeiting substitute assets.

(In accordance with Title 21, United States Code, Sections 853(a) and 853(p).)

A TRUE BILL:

Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office

Todd W. Blanche
Acting Attorney General

Theophani K. Stamos
First Assistant United States Attorney

By: ______________________
Eric Gilliland
Assistant United States Attorney