GRAND JURY RETURNS - RICHMOND DIVISION

Date 7/21/26 Judge Colombell, USMJ Counsel for Govt Eric Gilliland
Grand Jury Panel # 26-2 Grand Jury Foreperson (✗) Court Reporter Candi Oliver

On motion of the Government, granted by the Court, WARRANTS shall be issued as follows:

1. US v Atkins
2. US v
3. US v
4. US v
5. US v

On motion of the Government, granted by the Court, WARRANTS as DETAINERS shall be issued as follows:

1. US v Boyd
2. US v
3. US v
4. US v
5. US v

On motion of the Government, SUMMONS shall be issued as follows:

1. US v
2. US v
3. US v
4. US v

Returns were made on the following defendants currently in federal custody, no warrant to issue at this time:

1. US v Mack
2. US v Klink
3. US v

Returns were made on the following defendants NO SERVICE requested (make notation as to why):

1. US v
2. US v

On motion of the Government, granted by the Court, the following indictments shall be transferred to the ________ Division for docketing and trial:

1. US v
2. US v

Began: 11:12 Ended: 11:16 Time in Court: 4 minutes