***UNITED STATES DISTRICT COURT***

*EASTERN DISTRICT OF VIRGINIA*

RICHMOND DIVISION

**Monday, July 27, 2026**

**MINUTES OF PROCEEDINGS IN** Open Court

**PRESENT**: THE HONORABLE Roderick C. Young, United States District Judge

Courtroom Deputy: J. Jones

Reporter: Tracy Stroh, OCR

| | | |
|---|---|---|
| Set: 10:00 a.m.<br>Time in Court: 5 minutes<br>CJA Time: 10:00 a.m. – 10:06 a.m. | Started: 10:01 a.m. | Ended: 10:06 a.m. |

Case No. 3:26cr78

UNITED STATES OF AMERICA

v.

ROBERT JOSEPH KLINK, JR.

**Appearances:**

**AUSA(s):** Eric Gilliland appeared on behalf of the government.

**Defendant:** Braxton Hill, CJA, appeared on behalf defendant. Defendant present in custody.

The matter came before the Court for Arraignment on 7/27/2026. The Government reviewed the charges and penalties on the record. The defendant waived formal arraignment, entered plea of not guilty and demanded trial by jury. Jury trial (3 days) set for 10/5/2026 at 9:15 a.m. in Richmond Courtroom 6100 before District Judge Roderick C. Young. Motions cutoff: 8/10/2026. Court to issue scheduling order. Plea Agreement Hearing set for 7/30/2026 at 10:30 a.m. in Richmond Courtroom 6100 before District Judge Roderick C. Young. Defendant remanded to custody of USM. Court in recess.