IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Case No. 3:26CR78 (RCY) |
| | ) | |
| ROBERT JOSEPH KLINK, JR., | ) | |
| Defendant. | ) | |
| | ) | |

**CRIMINAL SCHEDULING ORDER**

Nothing in this Order shall be construed to impact the deadlines for discovery as set forth in Fed. R. Crim. P. 16 or as agreed to by the parties, as well as any of the requirements set forth in 18 U.S.C. § 3500 or Fed. R. Crim. P. 26.2. The Court expects all parties to work together to ensure compliance with the deadlines below. Should a party fail to comply with any of the deadlines set forth below, the Court may impose a sanction on the non-complying party. To ensure efficient litigation of this case, the Court ORDERS as follows:

**Trial Date**

A **3-day Jury Trial** is hereby scheduled, with jury selection to commence on **October 5, 2026, at 9:15 A.M.** Opening statements and testimony will begin on **October 6, 2026,** at **9:00 A.M.**

**Pre-Trial Motions**

Consistent with Local Rule 12, the parties shall file all motions within **fourteen (14) days** of this Order, with any responses filed within **fourteen (14) days** thereafter and any replies within **seven (7) days** of the filing of the responses. Should the parties wish to have a hearing on a motion (e.g., suppression motion, motion to dismiss the indictment, motion *in limine*, etc.), the parties may contact the undersigned's courtroom deputy, Julie Jones, to request a hearing.

Should a hearing be scheduled, the parties are required to email a copy of their witness and exhibit lists to the undersigned's courtroom deputy by **no later than 9:00 A.M. the business day prior to the scheduled hearing**. On the day of the hearing, each party shall bring to Court and deliver to the Courtroom Deputy two (2) binders, each containing (i) a copy of all exhibits, and (ii) a copy of their Witness and Exhibit List.

**Audio or Video Recordings**

If either party intends to introduce an audio or video recording into evidence, whether at trial or at a pre-trial hearing, such party must prepare a written transcript of the recording to accompany the recording.

**Trial Briefs**

No later than **fourteen (14) days** before the scheduled trial, each party shall individually file a trial brief setting forth their view of the case and the elements of the offenses charged, so that the Court has a basic understanding of the case to be tried. The parties shall also identify any unusual evidentiary issues that may arise during the trial, along with any authority that pertains to the issue. Motions *in limine* may not be included in the Trial Brief, because the Trial Brief is designed to be an informational aid, not a mechanism to grant a party relief.

**Jury Instructions and Verdict Form**

If this matter is to be tried by a jury, counsel for all parties shall jointly file, electronically, any requested jury instructions, including all requested standard instructions, and a proposed verdict form, no later than **fourteen (14) days before the scheduled trial**. The parties shall meet and confer and make every effort to resolve objections, to consolidate jury instructions, and to tender an agreed set of instructions to the Court. The submission of proposed jury instructions shall include each requested jury instruction (regardless whether

agreed or objected to) fully set forth on a separate page with a citation in support of the instruction set forth at the bottom of the requested instruction. Proposed jury instructions shall be written in sentence case, not uppercase. In addition to electronically filing the requested jury instructions, the parties shall also email Chambers the requested jury instructions and proposed verdict form in Word (.doc or .docx) format.

The submission shall be organized as follows. First, the parties shall tender the agreed set of instructions (to be labeled "J-1," "J-2," etc.), including any special interrogatory verdict form. Second, the parties shall tender any Government-proposed instructions (to be labeled "G-1," "G-2," etc.) to which Defendant objects. Third, the parties shall tender any Defendant-proposed instructions (to be labeled "D-1," "D-2," etc.) to which the Government objects. Any proposed instructions as to which there is objection shall, following the statement of authority, include a brief statement of the objection (e.g., "Defendant objects to instruction as misleading and having no basis in controlling authority," or "Government objects to instruction as confusing and duplicative of other instructions").

No later than three (3) days after the filing of the requested jury instructions and verdict form, the parties shall file any objections, in memorandum form, to the opposing party's proposed jury instructions and verdict form. With regard to each disputed instruction, the objecting party shall set forth the nature of the dispute, the respective position of the parties, and any authority supporting the objection. No later than five (5) calendar days after the filing of the requested jury instructions, the parties may each submit a memorandum in support of the requested instructions, responding to any objections that have been filed.

## ***Voir Dire***

No later than **fourteen (14) days** before the scheduled trial, each party shall individually file any proposed *voir dire*. Each party shall also provide a copy of the proposed *voir dire* in Word format via email to the undersigned's courtroom deputy. Any objections shall be filed not later than three (3) days after the filing of the requested *voir dire*.

## **Stipulations**

No later than **5:00 P.M. three (3) business days** before the scheduled trial, the parties shall jointly file any stipulations.

## **Exhibit List**

No later than **5:00 P.M. three (3) business days** before the scheduled trial, each party shall individually file their proposed Exhibit List and provide a Word version of the Exhibit List via email to the undersigned's courtroom deputy. By the same date and time, each party shall also deliver to the Clerk's Office electronic copies (on a disc or thumb drive) of all exhibits. **The day of trial,** each party shall bring to Court and deliver to the Courtroom Deputy three (3) trial binders, each containing a copy of all exhibits, as well as a copy of their Exhibit List and any stipulations.

## **Witness List**

No later than **5:00 P.M. three (3) business days** before the scheduled trial**,** each party shall individually file a witness list identifying any potential witnesses that they may call and provide a Word version of the witness list via email to the undersigned's courtroom deputy. Should either party believe that security issues exist that could result in harm to a witness if they were publicly identified, the party may file a motion seeking an exemption for that specific

witness. The motion must be filed no later than **5:00 P.M**. **seven (7) days** before the scheduled trial.

**Use of Artificial Intelligence**

Should any party utilize artificial intelligence for the preparation of any filing, they must identify the use of the artificial intelligence in the filing and provide a certification that they have reviewed all citations for accuracy.

The Clerk is directed to provide a copy of this Order to all counsel of record.

It is so ORDERED.

/s/ RCY
Roderick C. Young
United States District Judge

Date: July 27, 2026
Richmond, Virginia