**GUILTY PLEA FELONY INDICTMENT MINUTES**

| | | | |
|---|---|---|---|
| Time Set: | 10:30 a.m. | Date: | July 30, 2026 |
| Started: | 10:31 a.m. | Presiding Judge: | Roderick C. Young, USDJ |
| Ended: | 11:01 a.m. | Courtroom Deputy: | J. Jones |
| Time in Court: | 30 minutes | Reporter: | Tracy Stroh, OCR |
| CJA Time: | 10:30 a.m. – 11:01 a.m. | U.S. Attorney: | Eric Gilliland, AUSA |
| | | Defense Counsel: | Braxton Hill |
| | | ☐ Retained ☒ Court appointed ☐ AFPD | |
| | | Interpreter: | |
| | | U.S. Probation Officer: | |

Case Number: 3:26cr78

USA v Robert Joseph Klink, Jr. ☒ in custody ☐ on bond

☒ Defendant requested to withdraw plea of not guilty to Count(s) 1 and enter a plea of guilty to said Count(s).

☒ Due Process Protections Act Order previously entered.

☒ Defendant sworn.

☒ Court fully advised defendant of rights, charges, and maximum penalties. Defendant acknowledged he/she understood.

☒ Plea agreement reviewed, executed, and filed in open court. ☐ No plea agreement.

☒ Court advised defendant that by pleading guilty the right to a trial by jury is waived.

☒ Defendant satisfied with services of counsel.

☒ Court explained to defendant that by pleading guilty right to appeal is waived pursuant to plea agreement.

☒ Statement of Facts executed and filed in open court.

☒ Court inquired as to voluntariness of plea.

☒ Court inquired as to threats or promises.

☒ Court inquired re: plea negotiations

☒ Defendant rearraigned and plea of guilty entered by defendant to Count(s) 1

☒ Court accepts plea of guilty as to Count(s) 1

☒ Court ☒ finds ☐withholds finding defendant guilty as charged in Count (s) 1

☒ Continued for pre-sentence report.

☒ Sentencing set: 11/24/2026 at 1:30 p.m. in Courtroom 6100.

☐ ~~Remaining count(s) to be dismissed at Sentencing.~~

☒ Sentencing Procedures Order entered and filed in open court.

☐ Consent Order of Forfeiture entered and filed in open court.

☐ Government motion to revoke defendant's bond ☐granted ☐denied.

☐ Defendant continued on bond. ☐See Additional conditions of release. ☐ Court cautioned re bail jumping.

☐ Bond set ______________________________ ☐ See conditions of Release

☒ Court heard from defense counsel regarding dog bite that occurred during defendant's arrest. Comments and questions of Court.

☒ Defendant remanded to custody of U.S. Marshal.

☐ ______________________________

☐ ______________________________