FILED
IN OPEN COURT
JUL 30 2026
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Richmond Division

UNITED STATES OF AMERICA

v.

ROBERT JOSEPH KLINK, JR.,

Defendant.

Case No. 3:26-cr-78

STATEMENT OF FACTS

The United States and the defendant, ROBERT JOSEPH KLINK, JR., (hereinafter, "KLINK"), agree that at trial, the United States would have proved the following facts beyond a reasonable doubt with admissible and credible evidence:

1. On or about March 31, 2026, in the Eastern District of Virginia, the defendant, ROBERT JOSEPH KLINK, JR., knowingly and intentionally possessed with the intent to distribute fifty grams or more of actual methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(viii).

2. Beginning in October 2025, the Drug Enforcement Administration ("DEA") began conducting controlled purchases of methamphetamine utilizing an undercover agent (hereinafter, "the UC"). In controlled purchases conducted on October 19, 2025, December 17, 2025, and February 3, 2026, an individual ("Individual-1") sold the UC methamphetamine. KLINK supplied that individual with the methamphetamine that he/she sold the UC on each of those dates.

3. Forensic chemical analysis of the aforementioned narcotics supplied by KLINK and sold to the UC by Individual-1 was conducted at the DEA's Mid-Atlantic Laboratory and confirmed that on each occasion, the UC had indeed purchased methamphetamine with purity levels as set forth in paragraph 9 below.

4. On March 31, 2026, DEA agents, with the assistance of the Richmond Police Department and the Henrico Police Department, conducted a traffic stop of KLINK's vehicle in Richmond, Virginia. KLINK was the sole occupant of that vehicle, and law enforcement officers knew at the time of the stop that KLINK's driving privileges were suspended. After KLINK's vehicle was stopped, he was detained and removed from the vehicle. Once KLINK exited the vehicle, Henrico County Police Officer P. Smith utilized his drug sniffing K-9, Caine, to conduct an open-air sniff in the vicinity of KLINK's vehicle. K-9 Caine positively alerted to the presence of narcotics inside of KLINK's vehicle.

5. A lawful search of the vehicle revealed a bag containing multiple suspected narcotics in a void underneath the steering wheel of the vehicle. Inside the bag, agents recovered approximately 11.4 ounces of suspected methamphetamine and 4.4 ounces of a purple, solid, chalky substance suspected to be MDMA and/or heroin, as well as vape cartridges.

6. KLINK was advised of his *Miranda* rights, and in a post-arrest interview, KLINK advised agents that there was an additional five pounds of methamphetamine located in a natural void behind the glove box in his vehicle, which agents subsequently recovered. KLINK told agents that the items recovered from his vehicle were ketamine, MDMA, and methamphetamine, and that the vapes contained DMT (N,N-dimethyltryptamine – a powerful psychedelic drug). KLINK admitted that he sells a pound of methamphetamine for $3000 to $3500, a half pound for $2500, an ounce for $350, and an eighth of an ounce for $125 to $150. KLINK told agents he sells DMT, GHB, GBL, Molly, and ketamine, in addition to methamphetamine, and that he wanted to be a single stop shop for narcotics in Virginia. KLINK advised that he had been selling methamphetamine for about a year.

7. Agents also searched KLINK's residence, located on Fitzhugh Ave. in Richmond, pursuant to a search warrant. Inside the residence, agents located approximately a pound of methamphetamine, Ziplock baggies containing multiple orange and white pills, and five glass containers containing clear liquid.

8. All the narcotics recovered during this investigation were sent to the DEA's Mid-Atlantic Laboratory with the results of the forensic analyses set forth in the following paragraph.

9. On the following dates, KLINK distributed and/or possessed with intent to distribute the following substances:[1]

| DATE | SUBSTANCE | NET WEIGHT | PURITY |
|---|---|---|---|
| October 29, 2025 | Methamphetamine | 2.88 grams | 97% ± 6% |
| December 17, 2025 | Methamphetamine | 84.26 grams | 91% ± 6% |
| February 3, 2026 | Methamphetamine | 57.04 grams | 98% ± 7% |
| March 31, 2026 | Methamphetamine | 886.1 grams | 100% ± 7% |
| March 31, 2026 | Methamphetamine | 111.96 grams | 100% ± 7% |
| March 31, 2026 | 3,4-Methylenedioxymethamphetamine (MDMA) | 173.22 grams | -- |
| March 31, 2026 | 3,4-Methylenedioxymethamphetamine (MDMA) | 4.097 grams | -- |
| March 31, 2026 | 3,4-Methylenedioxymethamphetamine (MDMA) | 39.04 grams | -- |
| March 31, 2026 | 3,4-Methylenedioxymethamphetamine (MDMA) | 5.57 grams | -- |
| March 31, 2026 | Methamphetamine | 3.41 grams | 4.8% ± .6% |
| March 31, 2026 | Ketamine | 14.04 grams | -- |
| March 31, 2026 | 3,4-Methylenedioxymethamphetamine (MDMA) | 84.33 grams | -- |
| March 31, 2026 | Methamphetamine | 60.44 grams | 100% ± 7% |
| March 31, 2026 | Methamphetamine | 94.72 grams | 45% ± 3% |
| March 31, 2026 | Methamphetamine | 31.18 grams | 100% ± 7% |
| March 31, 2026 | Methamphetamine | 10.87 grams | 100% ± 7% |
| March 31, 2026 | Methamphetamine | 2156.4 grams | 94% ± 6% |

1 Additional substances recovered on March 31, 2026 were sent for chemical testing; however, those results are still pending as of the date of this filing.

10. KLINK possessed the narcotics recovered from his vehicle and residence on March 31, 2026 with the intent to distribute them.

11. A proper chain of custody was maintained concerning all of the narcotics discussed in this statement of facts, and the transactions and events discussed herein occurred within the Eastern District of Virginia.

12. This statement of facts includes those facts necessary to support the defendant's plea. It does not include each and every fact known to the defendant or to the United States, and it is not intended to be a full enumeration of all of the facts surrounding the defendant's case.

13. The actions of the defendant, as recounted above were, in all respects, knowing and deliberate, and were not committed by mistake, accident, or other innocent reason.

Respectfully submitted,

Todd W. Blanche
Acting Attorney General

Theophani K. Stamos
First Assistant United States Attorney

Date: 7/27/26

By: ______________________
Eric Gilliland
Assistant United States Attorney

After consulting with my attorney, I, ROBERT JOSEPH KLINK, JR., hereby stipulate that the above Statement of Facts is true and accurate, and that had the matter proceeded to trial, the United States would have proved the same beyond a reasonable doubt.

Date: 7/27/26

ROBERT JOSEPH KLINK, JR.

I am the attorney for the defendant, ROBERT JOSEPH KLINK, JR. I have carefully reviewed the above Statement of Facts with him. To my knowledge, his decision to stipulate to these facts is an informed and voluntary one.

Date: 7/27/26

Braxton Hill, Esq.
Attorney for ROBERT JOSEPH KLINK, JR.