IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
*Richmond Division*

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROBERT JOSEPH KLINK, JR.,<br><br>*Defendant.* | Criminal No. 3:26-CR-78 |

**MOTION PURSUANT TO U.S.S.G. § 3E1.1(b)**

The United States of America, by counsel, moves this Court pursuant to U.S.S.G. § 3El.l(b) to grant an additional one-level reduction in the defendant's offense level for acceptance of responsibility. The United States represents that defendant, Robert Joseph Klink, Jr., has assisted authorities in the investigation and prosecution of his own misconduct by timely notifying the United States of his intention to enter a plea of guilty, thereby permitting the United States to avoid preparing for trial and permitting the United States and the Court to allocate their resources efficiently.

Respectfully submitted,

Todd W. Blanche
Attorney General

Theophani K. Stamos
First Assistant United States Attorney

By: /s/
Eric Gilliland
Virginia Bar No. 95796
Assistant United States Attorney
United States Attorney's Office
919 East Main Street, Suite 1900
Richmond, Virginia 23219
Tel.: (804) 819-5416
Fax: (804) 771-2316
Email: eric.gilliland@usdoj.gov