# EXHIBIT A

Braxton Hill <braxtonhill@kaleolegal.com>

**Fw: KLINK, Robert**

1 message

**Stalnaker, Brian (USMS)** [redacted]
To: "braxtonhill@kaleolegal.com" <braxtonhill@kaleolegal.com>

Hey Braxton. Wanted you to be aware of the email below.

Get Outlook for iOS

**From:** Nelson, Tammy [redacted]
**Sent:** Thursday, May 21, 2026 8:23 PM
**To:** Balderson, Haley [redacted] Stalnaker, Brian (USMS) [redacted]
**Subject:** [EXTERNAL] Re: KLINK, Robert

Update after our assessment:

With only an after visit summary from the hospital. No medications were received at booking. He was seen for a K9 bite when he got arrested. Has sigr swelling on his whole right arm. Pulse was weaker/thready on the right side. Inmate was seen upon arrival to facility; Photos taken; wound care comple taken to Walgreens to be filled. Received all PM medications which included his Tylenol, Ibuprofen, Augmentin (antibiotics). Drainage noted through th changed approximate 2 hours ago. Dr. Dameron contacted and requested IM to be evaluated at VCU Tappahannock hospital for possible compartment bite areas which may need additional IV ABX.
Hospital made aware.

Get Outlook for iOS

**From:** Nelson, Tammy [redacted]
**Sent:** Thursday, May 21, 2026 8:19:33 PM
**To:** Balderson, Haley [redacted] Stalnaker, Brian (USMS) [redacted] English, Mary [redacted]
**Subject:** Re: KLINK, Robert

We are sending him to the hospital for further evaluation. His right hand is extremely swollen and may be infected.

Get Outlook for iOS

**From:** Balderson, Haley [redacted]
**Sent:** Thursday, May 21, 2026 7:36:37 PM
**To:** Stalnaker, Brian (USMS) [redacted] English, Mary [redacted] Nelson, Tammy [redacted]
**Subject:** Re: KLINK, Robert

Good evening,
Inmate Klink has been evaluated by Medical staff upon arrival. Photos were taken and our jail doctor has been notified. We did receive the after-visit su not receive any medications upon arrival. We did take them to our local pharmacy to be filled, and he will be receiving a dose tonight.
If you have any further questions, please do not hesitate to reach out.

**Thank you,**

***Nurse H. Balderson BSN, RN***
***Assistant Medical Supervisor***
***NNRJ Leadership Counsil Member***

**From:** Stalnaker, Brian (USMS) [redacted]
**Sent:** Thursday, May 21, 2026 5:04 PM
**To:** English, Mary [redacted] Nelson, Tammy [redacted] Balderson, Haley [redacted]
**Cc:** Ringer, Travis (USMS) [redacted] braxtonhill@kaleolegal.com <braxtonhill@kaleolegal.com>
**Subject:** KLINK, Robert

Hey guys. KLINK, Robert will be coming down the road this afternoon on the court run from Richmond. KLINK was seen at MCV hospital and then housed at Richr bitten by a police K9 in two different locations on his arm. I don't think his medication was able to be ordered by Richmond City Jail, but the prescriptions will be com

His hand is swelling considerably, and I want to make sure his arm is not infected or getting infected. Could you take a look at him when he arrives. Also, if you hav start him on while his other are on order I would appreciate that. Also, if you have any type of pain medication you could give him that would be great.

[redacted]

*Full Face Frontal: **05/21/2026***

**M** | **W**

## KLINK, ROBERT JOSEPH, JR

USMS PRISONER | NOT IN NCIC FOR USMS | ☆ Follow

[redacted]

**Custody Status**

In - Remanded - Judge Ordered - E/VA - RICHMOND - NORTHERN NECK REGIONAL JAIL

| DOB | Age | Height | Hair Color |
|---|---|---|---|
| [redacted]1984 | 41 | 6'02" | Black |

| Active Case #(s) | District | Name |
|---|---|---|
| 3:2026-MJ-00031 | E/VA | KLINK, ROBERT JOSEPH, JR |

Thanks in advance,

**Brian R Stalnaker**
**Deputy United States Marshal**
**Eastern District of Virginia/Richmond**
**Desk:**[redacted]
**Cell:** [redacted]