# EXHIBIT J

# QuickFacts

## Methamphetamine Trafficking Offenses

### Population Snapshot

*66,662 cases were reported in FY25;*

*16,234 involved drugs;[1]*

*16,144 involved drug trafficking.[2]*

*47% of such cases involved methamphetamine, down 11% since FY21.*

### Number of Methamphetamine Trafficking Offenses




### Sentence Length[3]




### Individual and Offense Characteristics

82% of individuals sentenced for methamphetamine trafficking were men.

36% were Hispanic, 34% were White, 26% were Black, and 4% were Other races.

Their average age was 39 years.

85% were United States citizens.

36% had little or no prior criminal history (Criminal History Category I); 7% were individuals sentenced under the career offender guideline (§4B1.1).

The median base offense level in these cases was 34, corresponding to between five and 15 kilograms of methamphetamine mixture or 500 grams and 1.5 kilograms of methamphetamine actual/“Ice.”

Sentences were increased for:
- possessing a weapon (33%);
- a leadership or supervisory role in the offense (7%).

Sentences were decreased for:
- minor or minimal participation in the offense (17%);
- meeting the safety valve criteria in the sentencing guidelines (28%).

The top five districts for methamphetamine trafficking offenses were:
- Southern District of California (536);
- Western District of Texas (359);
- Northern District of Texas (325);
- Eastern District of Texas (258);
- District of Arizona (217).

### Punishment

The average sentence for individuals trafficking methamphetamine was 105 months.

98% were sentenced to prison.

62% were convicted of an offense carrying a mandatory minimum penalty; 41% of those individuals were relieved of that penalty.

### Means of Relief from Mandatory Minimum Penalty for Methamphetamine Trafficking

| Means of Relief | Percent |
|---|---|
| Safety Valve | 15% |
| Substantial Assistance | 20% |
| Both | 6% |

*This document was produced and published at U.S. taxpayer expense.*

# QuickFacts

## Methamphetamine Trafficking

### Sentences Relative to the Guideline Range

57% of sentences for methamphetamine trafficking were under the *Guidelines Manual*.

- 26% were within the guideline range.
- 22% were substantial assistance departures.
  - *The average sentence reduction was 48%.*
- 6% were Early Disposition Program (EDP) departures.[4]
  - *The average sentence reduction was 65%.*
- 4% were some other downward departure.
  - *The average sentence reduction was 46%.*
- Less than 1% were upward departures.
  - *The average sentence increase was 28%.*

43% of sentences for methamphetamine trafficking were variances.

- 42% were downward variances.
  - *The average sentence reduction was 35%.*
- 1% were upward variances.
  - *The average sentence increase was 41%.*

The average guideline minimum and the average sentence imposed have increased over the past five years.

- The average guideline minimum increased from 131 months in fiscal year 2021 to 147 months in fiscal year 2025.
- The average sentence imposed increased from 90 months in fiscal year 2021 to 105 months in fiscal year 2025.

[1] Drug offenses include cases where individuals were sentenced under USSG Chapter Two, Part D (Drugs). There were 7,573 individuals sentenced for methamphetamine offenses sentenced under USSG Chapter Two, Part D (Drugs) in FY 2025.

[2] Individuals sentenced for drug trafficking were sentenced under USSG §§2D1.1 (Drug Trafficking), 2D1.2 (Protected Locations), 2D1.5 (Continuing Criminal Enterprise), 2D1.6 (Use of a Communication Facility), 2D1.8 (Rent/Manage Drug Establishment), 2D1.10 (Endangering Human Life), or 2D1.14 (Narco-Terrorism).

[3] Cases with incomplete sentencing information were excluded from the analysis.

[4] "Early Disposition Program" (or EDP) departures are departures where the government sought a sentence below the guideline range because the defendant participated in the government's Early Disposition Program, through which cases are resolved in an expedited manner. See USSG §5K3.1.

SOURCE: United States Sentencing Commission, FY 2021 through FY 2025 Datafiles, USSCFY21-USSCFY25.

### Sentences Relative to the Guideline Range







### Sentences Relative to the Guideline Range by Fiscal Year




### Average Guideline Minimum and Average Sentence (months)

