**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

**UNITED STATES OF AMERICA**

**v.** **Criminal No. 3:26-CR-78**

**ROBERT JOSEPH KLINK, JR.,**

**Defendant.**

**DEFENDANT'S MOTION FOR LEAVE TO FILE**
**SENTENCING POSITION OUT OF TIME**

Defendant Robert Joseph Klink, Jr., by counsel, respectfully moves the Court, pursuant to Fed. R. Crim. Pro. 45(b)(1)(B), for leave to file his Sentencing Position out of time, and for the Court to accept as timely filed the Sentencing Position of Defendant Robert Joseph Klink, Jr. filed on November 16, 2026. In support of this motion, Mr. Klink states as follows:

Mr. Klink's Sentencing Position was filed on November 16, 2026, six days after the deadline. The delay resulted from counsel's difficulty scheduling in-person review with Mr. Klink of his presentence investigation report at Piedmont Regional Jail. The delay was not the result of any bad faith or intent to gain a tactical advantage, and responsibility for it rests with counsel, not Mr. Klink.

Counsel for Mr. Klink and the government have conferred. The government **does not oppose** the filing of Mr. Klink's sentencing position out of time, though the government **does oppose** Mr. Klink's request for a variance sentence.

WHEREFORE, defendant respectfully requests that the Court accept as filed his sentencing position.

Respectfully submitted,

ROBERT JOSEPH KLINK, JR.

By Counsel

*/s/ R. Braxton Hill, IV*
R. Braxton Hill, IV (VSB 41539)
KALEO LEGAL
7130 Glen Forest Drive, Suite 410
Richmond, Virginia 23226
T 804-255-9571
braxtonhill@kaleolegal.com

*Counsel for Robert Joseph Klink, Jr.*

**CERTIFICATE OF SERVICE**

I hereby certify that on [November __, 2026], I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to all counsel of record. I further certify that I will cause a copy to be delivered by electronic mail to United States Probation Officer Diane C. DeLuca.

*/s/ R. Braxton Hill, IV*
R. Braxton Hill, IV (VSB 41539)
KALEO LEGAL
7130 Glen Forest Drive, Suite 410
Richmond, Virginia 23226
T 804-255-9571
braxtonhill@kaleolegal.com

*Counsel for Robert Joseph Klink, Jr.*