IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

UNITED STATES OF AMERICA )
)
v. ) Criminal Case No. 3:26CR78 (RCY)
)
ROBERT JOSEPH KLINK, JR., )
Defendant. )
)

**ORDER**
**(Granting Defendant's Motion for Leave)**

This case is before the Court on the Defendant's Motion for Leave to File Sentencing Position Out of Time ("Motion for Leave," ECF No. 32), wherein the Defendant requests that the Court accept as timely filed his Sentencing Position, ECF No. 31. The Government does not oppose the Defendant's request. Based on the unopposed nature of the motion, the Court hereby GRANTS the Defendant's Motion for Leave (ECF No. 32) and deems the Defendant's Sentencing Position, ECF No. 31, timely filed.

Let the Clerk file this Order electronically, notifying counsel of record accordingly.

It is so ORDERED.

/s/ RCY
Roderick C. Young
United States District Judge

Date: November 17, 2026
Richmond, Virginia